**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MICROSOFT CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV263** |
| **vs.** ) | |
| ) | **ORDER** |
| **JAY D. SMITH,** ) | |
| ) | |
| **Defendant.** ) | |

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **September 7, 2006** at **11:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 5th day of September, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge