**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MICROSOFT CORPORATION,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **8:06CV263** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JAY D. SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion for Stay of Proceedings to Complete Settlement Discussions (Filing No. 29). The defendant seeks a thirty-day stay, specifically "staying the date of next action from November 29, 2006 to December 29, 2006, as the parties are close to settling the case." The action required on November 29, 2006, was a response by the defendant Jay Smith to his counsel's motion for leave to withdraw (Filing No. 27). Upon consideration,

**IT IS ORDERED:**

1.     The defendant's Motion for Stay of Proceedings to Complete Settlement Discussions (Filing No. 29) is granted to the extent set forth below.

2.     Adam H. Jacobs's motion to withdraw as counsel for the defendant (Filing No. 27) remains held in abeyance.

3.     The defendant shall have to **on or before December 29, 2006**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted.

4.     Adam H. Jacobs shall serve a copy of this order on the defendant and file a certificate of such service with the court.

DATED this 29th day of November, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge